UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO.: 3:03CR152 (PCD) |
| VS. | | |
| MICHAEL MAZZARIELLO | : | JANUARY 19, 2005 |

### CONSENT MOTION TO CONTINUE SENTENCING

Defendant Michael Mazzariello hereby moves to continue his sentencing, currently scheduled for January 25, 2005, to February 28, 2005 or an alternative date convenient to the Court. In support thereof, defendant states as follows:

1. Sentencing in this matter is currently scheduled for January 25, 2005, at 9:00 a.m.

2. Defendant received the Pre-Sentence Report initial disclosure on January 7, 2005. Defendant needs additional time to review the report and respond to the probation office regarding disputed issues, especially those relating to loss calculation.

3. In addition, counsel needs additional time to analyze the Supreme Court's ruling in the Booker/Fanfan case, to determine its implications for this matter.

4. Assistant United States Attorney Anastasia Enos, Esq., attorney for the government in this matter, does not object to the granting of this motion.

WHEREFORE, defendant requests that his sentencing be continued to February 28, 2005 or a date thereafter convenient for the Court.

                  THE DEFENDANT,
                  MICHAEL MAZZARIELLO

By_____
   David T. Grudberg, ct01186
   JACOBS, GRUDBERG, BELT & DOW, P.C.
   350 Orange St.
   P.O. Box 606
   New Haven, CT 06503
   phone:(203) 772-3100
   fax: (203) 772-1691
   email: dgrudberg@jacobslaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on January 19, 2005 to:

Anastasia Enos, Esq.
Assistant United States Attorney
450 Main St.
Hartford, CT 06103

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ St.
Hartford, CT  06106

                  _____
                      David T. Grudberg