UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CRIM. NO.: 3:03CR152 (PCD)

VS.

MICHAEL MAZZARIELLO : MARCH 16, 2005

CONSENT MOTION TO CONTINUE SENTENCING

Defendant Michael Mazzariello hereby moves to continue his sentencing, currently scheduled for March 22, 2005, to April 7, 2005 or an alternative date convenient to the Court. In support thereof, defendant states as follows:

1. Sentencing in this matter is currently scheduled for March 22, 2005, at 9:00 a.m.

2. Defendant has received the initial Pre-Sentence Report. The principal area of disagreement between the parties concerns the amount of financial loss attributable to defendant, and how that figure should be calculated.

3. In an effort to reach agreement, defendant met with the government to set forth his version of the events underlying this prosecution. Notwithstanding their efforts, the parties have not been able to reach agreement on the appropriate loss figure.

3. Counsel is preparing a submission for the Court and the probation office regarding his version of the loss calculation, as well as an analysis of the Supreme Court's ruling in the Booker/Fanfan case and the Second Circuit's decisions interpreting and offering guidance on how to apply that decision. A short

continuance of the sentencing date is requested so that defendant's sentencing presentation may be completed, and submitted to all parties sufficiently in advance of the sentencing date.

4.   Co-defendant Robert Keller, through his counsel Hubert J. Santos, Esq., joins in this request for continuance.

4.   Assistant United States Attorney Anastasia Enos, Esq., attorney for the government in this matter, does not object to the granting of this motion.

WHEREFORE, defendant requests that his sentencing be continued to April 7, 2005 or a date thereafter convenient for the Court.

> THE DEFENDANT,
> MICHAEL MAZZARIELLO
>
> By _____
> David T. Grudberg, ct01186
> JACOBS, GRUDBERG, BELT & DOW, P.C.
> 350 Orange St.
> P.O. Box 606
> New Haven, CT 06503
> phone:(203) 772-3100
> fax: (203) 772-1691
> email: dgrudberg@jacobslaw.com

CERTIFICATION

    I hereby certify that a copy of the foregoing was faxed and/or mailed first class, postage prepaid on March 16, 2005 to:

Anastasia Enos, Esq.
Assistant United States Attorney
450 Main St.
Hartford, CT 06103

Hubert J. Santos, Esq.
Santos & Seeley, P.C.
51 Russ St.
Hartford, CT 06106

Jacqueline Carroll
U.S. Probation Officer
157 Church St. - 22nd Floor
New Haven, CT 06510

_____
David T. Grudberg