UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

**March 31, 2005**

1:00 P.M.

**PLEASE NOTE: Rescheduled from March 22, 2005**

REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING.

CASE NO.   3-03-cr-152 (PCD)   USA v. Robert L. Keller, Jr., and Michael Mazzariello

COUNSEL OF RECORD:

| | |
|---|---|
| Anastasia Enos, AUSA | U.S. Attorneys Office, 450 Main St., Hartford, CT 06103     860-947-1101 |
| Hubert Santos, Esq. | Santos & Seeley, 51 Russ St., Hartford, CT 06106     860-275-8270 |
| David T. Grudberg, Esq. | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., P.O. Box 606, New Haven, CT 06503     203-772-3100 |
| U.S. Probation Office | U.S. Probation Office, 157 Church St., 22nd Fl., New Haven, CT 06510  203-773-3100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK