## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    VS.                                        CRIMINAL NO. 3:03 CR 152 (PCD)

ROBERT L. KELLER, JR., AND
MICHAEL J. MAZZARIELLO

## **ORDER OF DISMISSAL**

On September 1, 2004, defendants Robert L. Keller, Jr., and Michael J. Mazzariello pled guilty to Counts 1 and 7 of the Indictment in the above captioned case. On April 11, 2004 judgment entered as to said defendants.

IT IS HEREBY ORDERED that the remaining Counts 2, 3, 4, 5, 6 of the Indictment be dismissed in the above captioned case.

SO ORDERED.

Dated at New Haven, Connecticut, this 24th day of October, 2005.

                                                                     /s/
                                                                     Peter C. Dorsey, Senior
                                                                    U.S. District Judge